## SECURITY FIRE INSURANCE COMPANY ·*a.* MARTIN.

*Supreme Court, First District; At Chambers, Jan.,* 1863.

FORECLOSURE.—REFERENCE TO COMPUTE MODE OF TAKING PROOFS —FORM OF REPORT.

A referee cannot receive as proof of a fact, which the order of reference directs him to decide, an affidavit sworn to before a commissioner. The witness must be sworn before the referee.

It is the duty of a referee in foreclosure, appointed, after failure to answer, to take the usual proofs and to ascertain the amount due, to attach to his report an abstract of the documentary evidence before him.

Motion for judgment in foreclosure.

This was an action brought for the foreclosure of a mortgage. After failure to answer, a referee was appointed to take the usual proofs and compute the amount due. On the coming in of his report, plaintiffs applied for judgment of foreclosure and sale.

*Barney, Butler & Parsons,* for the plaintiffs.

BARNARD, J.—The referee received the affidavit on the computation, sworn to before a commissioner of deeds. This was not legal. The party must be sworn before the referee.

The referee must, also, attach to his report an abstract of the documentary evidence.

Report sent back to the same referee to supply the proof.